IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTE FAMILY, INC.,**

**Plaintiff,**

**v.**

**VIVENDI UNIVERSAL GAMES, INC.**

**Defendant.**                                               No. 05-CV-0126-DRH

### ORDER

**HERNDON, District Judge:**

      Before the Court is a motion by Attorney Kirill Y. Abramov, formerly of the law firm of Sonnenschein, Nath & Rosenthal, to withdraw as counsel for Defendant Vivendi Universal Games, Inc. (Doc. 11.) Because Defendant has another attorney of record, the Court **GRANTS** Attorney Abramov's motion to withdraw. (Doc. 11.)

      **IT IS SO ORDERED.**

      Signed this 16th day of November, 2005.

      /s/       David RHerndon
**United States District Judge**