IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTE FAMILY, INC.,**

**Plaintiff,**

v.

**VIVENDI UNIVERSAL GAMES, INC.**

**Defendant.**                                  No. 05-CV-0126-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is a motion by Attorney Julie Waters, formerly of the law firm of Sonnenschein, Nath & Rosenthal, to withdraw as counsel for Defendant Vivendi Universal Games, Inc. (Doc. 30.) Because Defendant has another attorney of record, the Court **GRANTS** Attorney Waters's motion to withdraw. (Doc. 30.)

**IT IS SO ORDERED.**

Signed this 25th day of May, 2006.

/s/        David   RHerndon
**United States District Judge**