IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTE FAMILY, INC.,**

**Plaintiff,**

v.

**VIVENDI UNIVERSAL GAMES, INC.**

**Defendant.**                                                              No. 05-CV-0126-DRH

### ORDER

**HERNDON, District Judge:**

      Before the Court is a joint motion to continue the dispositive-motion deadline in this case. (Doc. 33.)  Though Magistrate Judge Clifford Proud's scheduling order, which set the dispositive-motion deadline at August 23, 2006, provided that "no further extensions will be granted" (Doc. 21), the parties' combined efforts to resolve discovery matters in this case merits a change in the Court's position to allow this one extension.  Therefore, due to the parties' good-faith efforts to resolve this matter, the Court **GRANTS** the instant motion and **EXTENDS** the dispositive-motion deadline until September 22, 2006.  (Doc. 33.)

      **IT IS SO ORDERED**.

      Signed this 11th day of August, 2006.

      /s/     David  RHerndon
      **United States District Judge**