## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTE FAMILY, INC.,**

**Plaintiff,**

**vs.**

**VIVENDI UNIVERSAL GAMES, INC.,**

**Defendant.**                                                                                     **No. 05-126-DRH**

## ORDER

**HERNDON, District Judge:**

This matter comes before the Court on Defendant's Motion for Oral Argument Regarding Motion for Summary Judgment. (Doc. 58.) The Court agrees that oral arguments would be helpful to the Court in its consideration of both Defendant's Motion for Summary Judgment (Doc. 36) and Plaintiff's Motion for Partial Summary Judgment (Doc. 35). Therefore, the Court **GRANTS** Defendant's motion. (Doc. 58.) The Court will hear oral arguments on Defendant and Plaintiff's motions for summary judgment at a hearing on January 3, 2007 at 9:30 a.m.

**IT IS SO ORDERED**.

Signed this 16th day of November, 2006.

/s/        David   RHerndon
**United States District Judge**