# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NOTE FAMILY, INC.,**

    **Plaintiff,**

**v.**                                        **CIVIL ACTION NO. 05-CV-126 DRH**

**VIVENDI UNIVERSAL GAMES, INC.,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on Defendant's Motion for Summary Judgment.

**IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** and this matter is **DISMISSED** with prejudice**.**  Judgment is entered in favor of Defendant **VIVENDI UNIVERSAL GAMES, INC**. and against Plaintiff **NOTE FAMILY, INC**.-----------------------------

                                                      **NORBERT G. JAWORSKI, CLERK**

 September 7, 2007                             BY:   /s/Patricia Brown
                                                                       Deputy Clerk

APPROVED:  /s/       DavidRHerndon
                 **U.S. DISTRICT JUDGE**